IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


**MARY DAVIS,**

       **Plaintiff,**

v.                           //     CIVIL ACTION NO. 5:07CV20
                                   (Judge Keeley)

**WAL-MART STORES, INC., a Delaware
corporation doing business as
Wal-Mart Supercenter Store #2684,
WAL-MART STORES EAST, LP, an Arkansas
Corp. doing business as Wal-Mart
Supercenter Store #2684, and ASSEMBLED
PRODUCTS CORP. an Arkansas Corp.,**

       **Defendants.**

### ORDER SCHEDULING HEARING

The Court will conduct a hearing on **December 10, 2007 at 10:30 a.m.** at the Clarksburg, West Virginia point of holding court to address the motion of defendant Wal-Mart to enforce settlement (docket #21).

It is so ORDERED.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: November 27, 2007.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE