IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARY DAVIS,

        Plaintiff,

v.                         //    CIVIL ACTION NO. 5:07CV20
                                      (Judge Keeley)

WAL-MART STORES, INC., a Delaware
corporation doing business as
Wal-Mart Supercenter Store #2684,
WAL-MART STORES EAST, LP, an Arkansas
Corp. doing business as Wal-Mart
Supercenter Store #2684, and ASSEMBLED
PRODUCTS CORP. an Arkansas Corp.,

        Defendants.

## ORDER TO SIGN AND RETURN DOCUMENTS OR SHOW CAUSE

For the reasons stated in the "Order Following the December 10, 2007 Hearing," the Court directs counsel for the plaintiff, Jacob M. Robinson, Sr. and Ronald W. Zavolta, to undertake the following actions within five days of the entry of this Order:

- Fill out and return the "Attorney Tax ID Response Form" to counsel for defendant Wal-Mart;

- Return the signed Release to counsel for Wal-Mart; and

- Return a signed Order of Partial Dismissal to counsel for Wal-Mart.

If counsel fail to submit these documents to Wal-Mart by close of business on **Monday**, **December 17, 2007**, then the Court **ORDERS** Mr. Robinson and Mr. Zavolta to appear on **Wednesday, December 19, 2007 at 2:00 p.m.** at the **Clarksburg** point of holding court to show good cause why they should not be sanctioned by the Court for their

**ORDER TO SIGN AND RETURN DOCUMENTS OR SHOW CAUSE**

failure to appear at the hearing before this Court on December 10, 2007, and for their failure to comply with this Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

Date: December 11, 2007

                                   /s/ Irene M. Keeley
                                   Irene M. Keeley
                                   United States District Judge