```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MARY DAVIS,**

      **Plaintiff,**

**v.**                              //    CIVIL ACTION NO. 5:07CV20
                                          (Judge Keeley)

**WAL-MART STORES, INC., a Delaware
corporation doing business as
Wal-Mart Supercenter Store #2684,
WAL-MART STORES EAST, LP, an Arkansas
Corp. doing business as Wal-Mart
Supercenter Store #2684, and ASSEMBLED
PRODUCTS CORP. an Arkansas Corp.,**

      **Defendants.**

### ORDER CANCELING SHOW CAUSE HEARING
### SET FOR WEDNESDAY, DECEMBER 19, 2007

For reasons appearing to the Court, the hearing ordering Counsel for Plaintiff Mary Davis to show cause, which currently set for Wednesday, December 19, 2007 at 2:00 p.m., is **CANCELED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

Date: December 18, 2007

                                              /s/ Irene M. Keeley
                                              Irene M. Keeley
                                              United States District Judge